THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Ronald Causey, Appellant.
 
 
 
 
 

Appeal From Lexington County
Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No. 2011-UP-104
 Submitted February 1, 2011  Filed March
15, 2011    

AFFIRMED

 
 
 
 Heath Preston Taylor, of West Columbia,
 for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Ronald Causey appeals the circuit
 court's order revoking his probation for two years and tolling his probation
 while he is incarcerated.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.  As to whether the circuit court
 erred in revoking Causey's probation: State v. Williamson, 356 S.C. 507,
 510, 589 S.E.2d 787, 788 (Ct. App. 2003) ("[T]he authority
 of the [circuit] court to revoke [probation] may not be capriciously or
 arbitrarily exercised, but should always be predicated upon an evidentiary
 showing of fact tending to establish violation of the conditions.").
2.  As to whether the circuit court
 erred in tolling his probation during his incarceration: State v. Bryant,
 383 S.C. 410, 418, 680 S.E.2d 11, 15 (Ct. App. 2009) (holding that an issue not
 raised to the circuit court revoking probation was not preserved for review).
AFFIRMED.
FEW, C.J.,
 KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.